UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID C. LETTIERI,

        Plaintiff,

  v.

FACEBOOK,

        Defendant.

Case No. 24-cv-02935-HSG

**ORDER OF DISMISSAL**

Plaintiff has filed this *pro se* action against Facebook, alleging negligence and diversity jurisdiction. On October 9, 2024, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to the three-strikes provision set forth in 28 U.S.C. § 1915. Dkt. No. 7. The Court ordered Plaintiff to pay the $402 filing and administrative fee in full by November 6, 2024 or face dismissal of this action. Dkt. No. 9. The deadline to pay the filing fee has passed. Plaintiff has not paid the filing fee, communicated with the Court, or provided a current address of record as is required by N.D. Cal. L.R. 3-11. Accordingly, the Court DISMISSES this action for failure to pay the filing fee in full. This dismissal is without prejudice to filing a request to reopen, but any request to reopen must be accompanied by the full filing and administrative fees. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 11/8/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge