UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. LETTIERI,<br><br>        Plaintiff,<br><br>   v.<br><br>FACEBOOK,<br><br>        Defendant. | Case No. 24-cv-02935-HSG<br><br>**JUDGMENT** |

    The Court has DISMISSED this action without prejudice.  Judgment is entered in favor of Defendant and against Plaintiff.  The Clerk shall close the case.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated:     11/8/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge